## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. NO. 4:26-** |
| | : | |
| **v.** | : | **(M.J. CAMONI)** |
| | : | |
| **HENRY GUITTIEREZ-ANDRADE** | : | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### Assault
### 18 U.S.C. § 113(a)(4)

On or about June 2, 2025, in the Middle District of Pennsylvania, at the Federal Correctional Complex, LSCI Allenwood, a place within the special maritime and territorial jurisdiction of the United States, the defendants,

**HENRY GUITTIEREZ-ANDRADE,**

did assault, M.O.#2, by striking, beating, and wounding, M.O. #2 and attempting to strike, beat, and wound, M.O.#2.

In violation of Title 18, United States Code, Sections 2, 7(3), and 113(a)(4).

BRIAN D. MILLER
United States Attorney

_____          5/28/2026
GEOFFREY MACARTHUR                 _____
Assistant United States Attorney   Date