UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:22-CR-287 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| **ANTHONY WITMER,** | : | |
| Defendant. | : | (Electronically Filed) |

## INFORMATION

## COUNT 1
21 U.S.C. § 841(a)(1)
(Possession With Intent to Distribute Controlled Substances)

On or about February 27, 2022, in York County, within the Middle

District of Pennsylvania, the defendant,

## ANTHONY WITMER,

did knowingly and intentionally possess with intent to distribute

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1)

and 841(b)(1)(C).

## COUNT 2
18 U.S.C. §§ 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about February 27, 2022, in York County, within the Middle

District of Pennsylvania, the defendant,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses; and any firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to the seized Smith & Wesson Shield .40 caliber handgun, serial number HPM5374.

3. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

BRIAN D. MILLER
United States Attorney

Date: 7/21/26

By: 

MARK MONROE
Special Assistant U.S. Attorney

4