UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:26-CR- |
| | : | |
| v. | : | |
| | : | (Judge ) |
| **SEAN STARK,** | : | |
| Defendant. | : | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
18 U.S.C. § 1112
(Involuntary Manslaughter)

On or about March 12, 2026, in the Middle District of Pennsylvania, on Letterkenny Army Depot, a place within the special maritime and territorial jurisdiction of the United States, the defendant,

**SEAN STARK,**

did kill Private First Class Krystofer Lopez in the commission, without due caution and circumspection, of a lawful act which might produce death, that is, Stark conducted firearms training in a grossly negligent manner and with reckless disregard for human life, with actual knowledge that his conduct was a threat to the lives of others and with

actual knowledge that would reasonably enable him to foresee the peril to which his act might subject another.

All in violation of Title 18, United States Code, Section 1112.

BRIAN D. MILLER
United States Attorney

Scott R. Ford — 9/21/26

SCOTT R. FORD
Assistant United States Attorney

Date